# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00794-CR

**Ruben Alonzo, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-DC-21-301358, THE HONORABLE BOB PERKINS, JUDGE PRESIDING**

---

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

By Order and Memorandum Opinion dated May 15, 2024, this Court abated this appeal and remanded this cause for a hearing on counsel's motion to withdraw and the possibility of appellant proceeding pro se and filing a brief. *See* Tex. R. App. P. 38.8(b)(2), (3). We directed the trial court to forward a record of the hearing, including copies of all findings and any orders, to the Clerk of this Court for filing as a supplemental record no later than June 18, 2024. *See id.*

Due to scheduling conflicts, the trial court has requested additional time to hold the hearing. We reinstate the appeal and grant the trial court's request for additional time.

Consistent with our previous order, the trial court shall hold a hearing concerning whether Ruben Alonzo still wishes to prosecute his appeal and, if so, whether to grant attorney Gary Prust's motion to withdraw; to appoint new counsel; or to allow Alonzo to proceed pro se

after appropriate discussion about self-representation. The trial court shall make appropriate orders to ensure that Alonzo is represented on appeal or can proceed pro se.

A record of the hearing, including copies of all findings and any orders, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than July 1, 2024. *See* Tex. R. App. P. 38.8.

We abate the appeal and remand to the trial court to hold the hearing in accordance with this order and Rule 38.8 of the Texas Rules of Appellate Procedure.

It is ordered June 10, 2024.


Before Chief Justice Byrne, Justices Smith and Theofanis

Abated and Remanded

Filed: June 10, 2024

Do Not Publish